# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA and ) <br> PEOPLE OF THE VIRGIN ISLANDS ) <br> ) <br> v ) <br> ) <br> DELROY A. THOMAS, ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> Defendant. ) | CRIMINAL NO. 2015/ 00039 <br><br> INDICTMENT <br><br> Violations <br> Use of Interstate Commerce Facility <br> in Commission of Murder for Hire <br> 18 U.S.C. §1958(a) <br> Attempted Murder First Degree <br> 14 V.I.C. §922(a)(1) <br> Attempted Retaliation Against a Witness <br> 14 V.I.C. §1510(a)(1) <br> Possession of Prison Contraband <br> 18 U.S.C. §1709(a)(2) |

THE GRAND JURY CHARGES THAT:

### COUNT 1
### (Use of Interstate Commerce Facility in Commission of Murder For Hire)

Between March 9, 2015 and March 12, 2015 at St. Croix, in the District of the Virgin Islands, the defendant,

### DELROY THOMAS,

did use a facility of interstate and foreign commerce, that is, a cellular telephone, with intent that a murder be committed against, Witness No. 1 and Witness No. 2, in violation of the laws of the Virgin Islands as consideration for the receipt of, and as consideration for a promise and agreement to pay, money (United States currency), by soliciting, via a cellular phone, someone to kill the witnesses and by arranging, via cellular telephone, to pay money for the "hit",

in violation of Title 18, United States Code, Section 1958(a).

USA vs Thomas, 2015/____
USAO No: 2015R0159
Indictment
Page 2

## COUNT 2
### (Attempted Murder)

Between March 9, 2015 and March 12, 2015 at St. Croix, in the District of the Virgin Islands, the defendant,

**DELROY THOMAS,**

did willfully and unlawfully attempt to kill a human being, that is, Witness No. 1 and Witness No. 2, with malice aforethought, deliberation and premeditation, by soliciting another to kill Witness No. 1 and Witness No. 2 and by delivering a down payment to a person believed to be a hired "hit man",

in violation of Title 14, Virgin Islands Code, Sections 331(1), 922(a)(1) and 923(a).

USA vs Thomas, 2015/____
USAO No: 2015R0159
Indictment
Page 3

## COUNT 3
### (Attempted Retaliation Against a Witness)

Between March 9, 2015 and March 12, 2015 at St. Croix, in the District of the Virgin Islands, the defendant,

**DELROY THOMAS,**

did attempt to use force against a person (Witness No. 1 and Witness No. 2), to be called as a witness at a trial in the Superior Court of the Virgin Islands relating to a felony offense, with intent to prevent the testimony of such person, in violation of Title 14, Virgin Islands, Sections 331(1) and 1510(a)(1).

USA vs Thomas, 2015/____
USAO No: 2015R0159
Indictment
Page 4

## COUNT 4
### (Possession of Prison Contraband)

On or about March 12, 2015, on St. Croix, in the District of the Virgin Islands, the defendant,

**DELROY THOMAS,**

an inmate in Golden Grove Correctional Facility, did knowingly obtain and possess a prohibited object, to wit, a knife,

in violation of Title 18, United States Code, Sections 1791(a)(2), (b)(3), (d)(1)(B).

USA vs Thomas 2015/____
USAO No: 2015R0159
Indictment
Page 7

The Grand Jury returned a TRUE BILL

RONALD W. SHARPE
UNITED STATES ATTORNEY

BY: _____
ALPHONSO G. ANDREWS, JR.
Assistant U.S. Attorney

DISTRICT COURT OF THE VIRGIN ISLANDS: December 15, 2015

Returned into the District Court by Grand Jurors and filed.

_____
GEORGE W. CANNON,
United States Magistrate