DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES OF AMERICA and<br>PEOPLE OF THE VIRGIN ISLANDS,<br><br>        v.<br><br>DELROY A. THOMAS,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)   Criminal Action No. 2015-0039<br>)<br>)<br>)<br>) |

**Attorneys:**
**Alphonso G. Andrews, Jr., Esq.,**
St. Croix, U.S.V.I.
   *For the Government*

**Nizar DeWood, Esq.,**
St. Croix, U.S.V.I.
   *For Defendant*

**Jenny L. Devine, Esq.,**
Tampa, FL
   *For Jason Navarro*

## ORDER

**UPON CONSIDERATION** of Defendant's "Amended Motion to Suppress Statements and Recorded Phone Calls" (Dkt. No. 17); the Government's Opposition thereto (Dkt. No. 22); the evidence adduced at the suppression hearing held on May 24, 2016; Defendant's "Supplemental Brief in Support of Motion to Suppress" (Dkt. No. 94); the Government's "Response to Defendant's Supplemental Brief" (Dkt. No. 97); and for the reasons stated in the accompanying Memorandum Opinion, filed contemporaneously herewith, it is hereby

**ORDERED** that Defendant's "Amended Motion to Suppress Statements and Recorded Phone Calls" is **DENIED**.

**SO ORDERED**.

Date: August 12, 2016                                                   _____/s/_____
                                                                               WILMA A. LEWIS
                                                                               Chief Judge